UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>09-21010-CR-JEM(s)(s)</u>

**UNITED STATES OF AMERICA**

vs.

**MARGUERITE GRANDISON,**

   **Defendant.**
_____/

## ORDER OF DISMISSAL

On or about February 22, 2012, the defendant, Marguerite Grandison, entered into a pretrial diversion agreement with the United States that was subsequently approved by the Court. The term of the pretrial diversion agreement was for 18 months from the date of the execution of the agreement. On or about August 28, 2013, the United States Probation Officer notified the government that Ms. Grandison successfully completed the Pretrial Diversion Program effective August 27, 2013. *See* USAM, Title 9, Crim. Resources Manual 712 (among other things, successful completion and termination from the pretrial diversion program requires that the Chief U.S. Probation Officer provide the U.S. Attorney with a "notice of satisfactory completion").

Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida and the United States Department of Justice, Criminal Division, Fraud Section hereby dismiss with prejudice the indictment, the superseding indictment, and the second superseding indictment as to Ms. Grandison. This order does not affect the charges against the remaining defendants, including but not limited to defendants Vasconez, Richers, and Zurita.

Respectfully submitted,

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

JEFFREY H. KNOX, CHIEF
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 24 Sept 2013

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

cc:   James M. Koukios, Assistant Chief
      Aurora Fagan, Assistant United States Attorney